Harry ROESTENBERG,
Plaintiff–Appellant,

v.

Brian DAVIS, Esq., Defendant–
Appellee.

No. 00–7288.

United States Court of Appeals,
Second Circuit.

Feb. 22, 2001.

Harry Roestenberg, Albertson, NY, pro se.

Brian J. Davis, Certilman, Balin, Adler & Hyman, East Meadow, NY, for appellee.

Present KEARSE, LEVAL and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by plaintiff *pro se* and submitted by counsel for defendant.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Spatt's Memorandum of Decision and Order dated March 4, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.